No. 96–5320. DEMPSEY v. MASSACHUSETTS. App. Ct. Mass. Certiorari denied.

No. 96–5321. FENTON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–5322. ONAGHISE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–5323. RHODE v. OLK LONG, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 96–5324. ROBERTS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–5325. SULLIVAN v. DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 96–5326. KWAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–5327. KOKOSKI v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–5329. JOHNSON v. NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC., ET AL. C. A. 10th Cir. Certiorari denied.

No. 96–5332. SHERN v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 96–5333. PARISI v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 96–5334. BUKER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–5336. MCCALL v. ARIZONA. Super. Ct. Ariz., Maricopa County. Certiorari denied.

No. 96–5338. LONCHAR v. HOFBAUER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 96–5339. WASHINGTON v. SINGER ET AL. C. A. 9th Cir. Certiorari denied.